## Ferris Kattany, Appellee, v. Susan Kattany, Appellant.

### Gen. No. 47,165. 

First District, First Division.

December 16, 1957.

Released for publication February 10, 1958.

Irving Goodman, for appellant; No briefs filed for appellee. Opinion by JUSTICE McCORMICK. Not to be published in full.